1  RUSSELL E. MARSH, ESQUIRE
   WRIGHT MARSH & LEVY
2  Nevada Bar No. 11198
   300 S. Fourth Street
3  Suite 701
   Las Vegas, NV 89101
4  Phone: (702) 382-4004
   Fax: (702) 382-4800
5  russ@wmllawlv.com
   Attorney for Defendant Thornburg

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 2:18-CR-00208-RFB-CWH |
| vs. | ) | |
| ROBERT THORNBURG, | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER TO APPROVE
DEFENDANT THORNBURG MOVING FROM HALFWAY HOUSE**

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and BRANDON JAROCH, Assistant United States Attorney, counsel for the United States of America, and RUSSELL E. MARSH, ESQUIRE, Wright Marsh & Levy, counsel for ROBERT THORNBURG, that Mr. Thornburg be allowed to move from the halfway house to an apartment that he has leased.

This stipulation is entered into for the following reasons:

1. This matter was charged by Complaint on June 22, 2018, and the original Indictment was returned on July 3, 2018. A Superseding Indictment was brought on August 21, 2018, which includes new and additional charges against Mr. Thornburg. The co-defendant in this case has pleaded guilty and is pending sentencing. Mr. Thornburg's case is currently set for trial on March 11, 2019. Defendant Thornburg is released pending trial and is currently residing at a half-way house.

2. Under the Personal Recognizance Bond executed by Mr. Thornburg (ECF No. 17), he is to stay at a halfway house "until a suitable residence can be verified."

3. Mr. Thornburg has signed a lease starting January 2, 2019, for a residence in Las Vegas The lease has been reviewed and the residence has been approved by U.S. Pretrial Services, but the Pretrial Services Officer asks that the Court also approve this request.

4. Pretrial Services has reviewed and approved this Stipulation and Order. The Government has been contacted and defers to the recommendation by Pretrial Services and the Court's discretion in granting the request.

5. Mr. Thornburg should be allowed to move out of the halfway house and into the approved apartment that he has rented. All other conditions of Mr. Thornburg's pretrial release would remain in full force and effect.

Dated this 27th day of December, 2018.

Respectfully submitted:

| WRIGHT MARSH & LEVY | DAYLE ELIESON<br>UNITED STATES ATTORNEY |
|---|---|
| BY   /s/ Russell E. Marsh<br>    RUSSELL E. MARSH, ESQUIRE<br>    Attorney for Defendant Thornburg | BY   /s/ Brandon Jaroch<br>    BRANDON JAROCH<br>    Assistant U.S. Attorney |

| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **DISTRICT OF NEVADA** |

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

ROBERT THORNBURG,

    Defendant.

CASE NO.   2:18-CR-00208-RFB-CWH

**ORDER**

Based on the Stipulation between Defendant, Robert Thornburg, and the Government, through counsel, and good cause appearing,

IS IT HEREBY ORDERED that Defendant Thornburg be allowed to move out of the halfway house and into an approved residence. All other conditions of Pretrial Supervision remain in effect.

IT IS SO ORDERED.

DATED: January 10, 2019

_____
RICHARD F. BOULWARE, II
United States District Judge