RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
russ@wmllawlv.com
Attorneys for Defendant Thornburg

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT THORNBURG,<br><br>    Defendant. | CASE NO. 2:18-CR-00208-RFB-DJA |

**STIPULATION TO CONTINUE SENTENCING HEARING**
**(Second Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Nicholas A. Trutanich, United States Attorney, through Christopher D. Baker, First Assistant United States Attorney; and Defendant Robert Thornburg, by and through his counsel, Russell E. Marsh, Esquire, Wright Marsh & Levy, that the sentencing hearing currently scheduled for March 5, 2020, at 11:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than fourteen (14) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. On October 31, 2019, Mr. Thornburg pleaded guilty to a Superseding Criminal Information. (ECF No. 143.)

///

///

2. The parties need additional time to prepare for Defendant Thornburg's sentencing hearing. Defense counsel also requires additional time to meet with Mr. Thornburg, review documents, and prepare a sentencing memorandum. Defense counsel also requires time to review and organize voluminous materials provided by Thornburg.

3. The parties agree to the continuance. Mr. Thornburg is currently in custody and agrees to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

6. This is the second request for a continuance of the sentencing hearing.

Dated this 24th day of February, 2020.

Respectfully submitted:

| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY |
|---|---|
| BY  /s/ Russell E. Marsh<br>RUSSELL E. MARSH, ESQUIRE<br>Attorney for Defendant Thornburg | BY  /s/ Christopher D. Baker<br>CHRISTOPHER D. BAKER<br>First Assistant U.S. Attorney |

|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|    Plaintiff, | ) | CASE NO. 2:18-CR-00208-RFB-DJA |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT THORNBURG, | ) | |
|    Defendant. | ) | |

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for March 5, 2020, at 11:00 a.m., be vacated and continued to March 19, 2020 at 11:30 AM

DATED: February 25, 2020

_____
RICHARD F. BOULWARE, II
United States District Judge